**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**COREY NORRIS,**<br>a/k/a "Case," "Jacorey Johnson,"<br><br>**DARIAN THOMSON,**<br>a/k/a "Bo," and<br><br>**VANESSA GRANDOIT,**<br><br>**Defendants** | Crim. No. 1:13-CR-10077-JLT |

**MOTION TO UNSEAL SEARCH WARRANT**

The United States Attorney respectfully moves this Court to unseal the search warrant application and supporting affidavit filed on March 26, 2013 under magistrate case number 13-6047-LTS. In support of this motion, the government states that these materials are called for by automatic discovery, and as the warrant has been executed and did not lead to the location of the defendant, there is no longer a concern that public disclosure of the search warrant could jeopardize the purpose of the warrant.

                                      Respectfully submitted,

                                      CARMEN M. ORTIZ
                                      United States Attorney

                            By:  */s/ Amy Harman Burkart*
                                AMY HARMAN BURKART
                                Assistant United States Attorney

## CERTIFICATE OF SERVICE

      I certify that this document was filed on the date listed below through the ECF system, which will provide electronic notice to counsel as identified on the Notice of Electronic Filing.

                                             */s/ Amy Harman Burkart*
                                             AMY HARMAN BURKART
                                             Assistant United States Attorney

Dated: April 23, 2013